UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ZARAGOZA RIOS, | Case No. 21-09465 BLF |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| CONTRA COSTA SHERIFF'S DEPT., | |
| Defendants. | |

On November 23, 2021, Plaintiff filed a three-page handwritten document in the Eastern District of California which was construed as an attempt to file a civil rights action pursuant to 42 U.S.C. § 1983 in *pro se* against the Contra Costa County Sheriff's Department.[1] Dkt. No. 1. On December 7, 2021, the Eastern District transferred the matter to this Court as the proper venue. Dkt. No. 4. On the same date, the Clerk of this Court sent Plaintiff two separate notices, instructing him that within twenty-eight days he must: (1) file a complaint on the court form, and (2) either pay the full filing fee or file an application to proceed *In Forma Pauperis* ("IFP") in order to proceed with this action or face dismissal. Dkt. Nos. 6, 7. On December 27, 2021, Plaintiff filed a letter stating that

---

[1] This matter was reassigned to this Court on October 12, 2021, after Plaintiff did not file consent to magistrate jurisdiction in the time provided. Dkt. No. 7.

he wished to make partial payments, that he needed more time to obtain counsel, and asking whether the Court could assign counsel to him. Dkt. No. 10. The matter was reassigned to the Undersigned on February 1, 2022. Dkt. Nos. 12, 13.

On February 3, 2022, in the interest of justice, the Court granted Plaintiff an extension of time to file a proper complaint and a completed IFP application no later than twenty-eight days from the filing date of the order. Dkt. No. 14 at 2. Plaintiff was advised that failure to file a complaint and an IFP application in the time provided would result in the action being dismissed without prejudice and without further notice to Plaintiff. *Id.*

The deadline has passed, and Plaintiff has failed to file a proper complaint and pay the filing fee or file an IFP application. Accordingly, this action is **DISMISSED** without prejudice for failure to file a proper complaint and pay the filing fee. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated:  __March 11, 2022____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.21\09465Rios_dis-ifp-compl.

2