UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC ZARAGOZA RIOS,

    Plaintiff,

v.

CONTRA COSTA SHERIFF'S DEPT.,

    Defendants.

Case No. 21-09465 BLF

**JUDGMENT**

    The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file a proper complaint and pay the filing fee. A judgment of dismissal without prejudice is entered.

    The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: __March 11, 2022_____

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.21\09465Rios_judgment